No. 810. CLAUDE W. MASON, PETITIONER, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. G. A. Hanson* for petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Fowler* for respondent.

---

No. 811. POCAHONTAS COAL & COKE COMPANY, PETITIONER, *v.* JOSEPH S. GILLESPIE. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Joseph S. Clark* and *Mr. A. W. Reynolds* for petitioner. *Mr. Holmes Conrad* and *Mr. J. W. Chapman* for respondent.

---

No. 813. W. S. HARLAN ET AL., PETITIONERS, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William W. Flournoy* and *Mr. J. F. Stallings* for petitioners. *The Attorney General* and *Mr. Assistant Attorney General Russell* for respondent.

---

No. 814. ROBERT GALLAGHER ET AL., PETITIONERS, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William W. Flournoy* and *Mr. J. F. Stallings* for petitioners. *The Attorney General* and *Mr. Assistant Attorney General Russell* for respondent.

---

No. 815. E. L. VICKERS ET AL., PETITIONERS, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of cer-